STATE OF NEW JERSEY v. DINIS JONES.

February 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE VLOYANETES.

February 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL DAVID RUSSO.

February 27, 1973. Petition for certification denied.

TOWNSHIP OF HANOVER v. TOWN OF MORRISTOWN AND THE NATIONAL BUSINESS AIRCRAFT ASSOCIATION INC.

February 27, 1973. Petition for certification denied. (121 *N. J. Super.* 536)

STATE OF NEW JERSEY v. ELLA HOPSON.

February 27, 1973. Petition for certification denied. (119 *N. J. Super.* 84)

STATE OF NEW JERSEY v. WILLIAM CARBONELL.

February 27, 1973. Petition for certification denied.